Honorable Richard Jones

WILLIAM RUTZICK WSBA #11533
JANET L. RICE
SCHROETER GOLDMARK & BENDER
810 Third Avenue, Suite 500
Seattle, WA 98104
(206) 622 8000
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LOLA and MICHAEL BOUCHARD, wife and husband<br><br>                        Plaintiffs,<br><br>   v.<br><br>CBS CORPORATION, et al.,<br><br>                        Defendants. | No. 2:11-cv-00458RAJ<br><br>DECLARATION OF WILLIAM RUTZICK IN SUPPORT OF PLAINTIFFS' MOTION TO REMAND |

The undersigned declares under penalty of perjury under the laws of the State of Washington as follows:

1. I am one of the attorneys representing the Plaintiffs in the above entitled action and competent to make the following statements:

2. Attached hereto as Exhibit 1 is a true and correct copy of Defendant Lockheed Shipbuilding Company's Answer to Supplemental Complaint for Personal Injury in this matter.

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from Defendant Lockheed Shipbuilding Company's First Set of Interrogatories and Requests for Production to Plaintiffs and Answers Thereto in this matter.

DECLARATION OF WILLIAM RUTZICK IN SUPPORT OF PLAINTIFFS' MOTION TO REMAND – 1

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA 98104
Phone (206) 622-8000 ● Fax (206) 682-2305

4. Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the deposition of Martin Lewis Ingwersen in Kinsman v. Foster-Wheeler Energy Corporation, et al., Superior Court of King County, Washington, Cause No. 01-2-09967-1SEA, taken August 27, 2001.

5. Attached hereto as Exhibit 4 is a true and correct copy of excerpts from the deposition of Michael Ray Harris in Arnold v. Saberhagen Holdings, Inc., et al., Superior Court of Pierce County, Washington, Cause No. 08-2-11077-5, taken December 2, 2008.

6. Attached hereto as Exhibit 5 is a true and correct copy of excerpts from the deposition of Carl Mangold in Kinsman v. Foster-Wheeler Energy Corporation, et al., in Superior Court of King County, Washington, Cause No. 01-2-09967-1SEA, taken October 16, 2001.

7. Attached hereto as Exhibit 6 is a true and correct copy of a certified copy of Order in Ireton v. Kaiser Ventures LLC, et al., Cause No. C03-2840RBL in the United States District Court Western District of Washington, dated December 3, 2003.

8. Attached hereto as Exhibit 7 is a true and correct copy of excerpts of Title 41 – Public Contracts and Property Management from the Federal Register, Vol. 34, No. 96 – Tuesday, May 20, 1969.

9. Attached hereto as Exhibit 8 is a true and correct copy of excerpts of Title 29 – Labor from the Federal Register, Vol. 36, No. 105 – Saturday, May 29, 1971.

10. Attached hereto as Exhibit 9 is a true and correct copy of excerpts of Title 29 – Labor from the Federal Register, Vol. 37, No. 110 – Wednesday, June 7, 1972.

11. Attached hereto as Exhibit 10 is a true and correct copy of excerpts of Title 20 – Labor from the Federal Register, Vol. 36, No. 234 – Tuesday, December 7, 1971.

DECLARATION OF WILLIAM RUTZICK IN SUPPORT OF PLAINTIFFS' MOTION TO REMAND – 2

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA 98104
Phone (206) 622-8000 ● Fax (206) 682-2305

12. Attached hereto as Exhibit 11 is a true and correct copy of excerpts from the Affidavit of Samuel A. Forman, M.D. dated January 15, 2009 from <u>Morgan v. AGCO Corpoation, et al.</u>, Superior Court of King County, Washington Cause No. 07-2-28464-8 SEA.

13. Attached hereto as Exhibit 12 is a true and correct copy of correspondence from Supervisor of Shipbuilding, USN, to Lockheed Shipbuilding & Construction Co., Seattle, dated May 12, 1969 regarding Shipyard Practices in Combating the Hazards Attending the Use of Insulating Materials.

14. Attached hereto as Exhibit 13 is a true and correct copy of excerpts of documents produced by defendant Lockheed in <u>Kinsman V. Foster-Wheeler Energy Corp., et al.</u>, King County Cause No. 01-2-09967-1SEA on September 6, 2001, numbered SEA-90842-0003 to 0010.

15. Attached hereto as Exhibit 14 is a true and correct copy of excerpts from the deposition Robert Barnes taken on March 16, 2011 in this matter.

16. Attached hereto as Exhibit 15 is a true and correct copy of <u>Westbrook v. Asbestos Defendants (BHC)</u>, No. C-0101661 VRW, 2001 WL 902642 (N.D.Cal.)(July 31, 2001).

17. Attached hereto as Exhibit 16 is a true and correct copy of <u>Zink v. Rapid-American Corporation, et al.</u>, U.S.Dist.Ct., Cause No. C99-0964L (W. Wash. 1999).

18. Attached hereto as Exhibit 17 is a true and correct copy of excerpts of the deposition of David Ludden, taken on February 22, 2011 in this matter.

///

///

DECLARATION OF WILLIAM RUTZICK IN SUPPORT OF PLAINTIFFS' MOTION TO REMAND – 3

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA 98104
Phone (206) 622-8000 ● Fax (206) 682-2305

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DATED at Seattle, Washington, this 24th day of March, 2011.

s/ William Rutzick<br>
WILLIAM RUTZICK, WSBA #11533<br>
Counsel for Plaintiffs<br>
SCHROETER, GOLDMARK & BENDER<br>
810 Third Avenue, Suite 500<br>
Seattle, WA  98104<br>
Phone:  (206) 622-8000<br>
Fax:  (206) 682-2305<br>
Email:  rutzick@sgb-law.com

DECLARATION OF WILLIAM RUTZICK IN SUPPORT OF PLAINTIFFS' MOTION TO REMAND – 4

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305

# CERTIFICATE OF SERVICE

I hereby certify that on **March 24, 2011**, I electronically filed the foregoing Declaration of William Rutzick in Support of Plaintiffs' Motion to Remand with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Counsel for **CSK Auto**<br>Stephen Leatham<br>HEURLIN & POTTER<br>211 East McLoughlin Blvd., Suite 100<br>Vancouver, WA 98666-0611 | Counsel for **Todd Shipyards**<br>KARR TUTTLE CAMPBELL<br>Walter Barton<br>Gene Barton<br>1201 Third Avenue, Suite 2900<br>Seattle, Washington 98101-3028 |
| Counsel for **General Refractories Co.**<br>Mathew Turetsky<br>Schwabe Williamson & Wyatt, PC<br>1420 Fith Avenue, Suite 3010<br>Seattle, WA 98101-2393 | Counsel for **Georgia Pacific**<br>Barry Mesher/Brian Zeringer/Bruce Hamlin<br>LANE POWELL PC<br>1420 Fifth Avenue, Suite 4100<br>Seattle, Washington 98101-2338 |
| **Counsel for Metropolitan Life Insurance Co.**<br>Richard Gawlowski<br>WILSON, SMITH, COCHRAN & DICKERSON<br>1215 Fourth Avenue, Suite 1700<br>Seattle, Washington 98161-1007 | **Counsel for J.T. Thorpe & Son, Inc.; Metalclad Insulation Corp**<br>Katherine M. Steele<br>STAFFORD FREY COOPER, PC<br>3100 Two Union Square<br>601 Union Street<br>Seattle, WA 98101 |
| Counsel for **Union Carbide; Saint Gobain Containers Inc**<br>Diane Kero<br>GORDON, THOMAS, HONEYWELL, MALANCA, PETERSON & DAHEIM<br>600 University Street, Suite 2101<br>Seattle, Washington 98101 | Counsel for **Saberhagen Holdings, Inc**.<br>Randy Aliment /Timothy Thorson<br>CARNEY, BADLEY, SMITH & SPELLMAN<br>701 Fifth Avenue, Suite 3600<br>Seattle, Washington 98104-7010 |
| Counsel for **Foster-Wheeler Energy Corp.; Hopeman Brothers, Inc.**<br>Dirk Bernhardt<br>MURRAY, DUNHAM & MURRAY<br>200 West Thomas, Suite 350<br>Seattle, WA 98119 | Counsel for **International Paper Co**.<br>Steve Rizzo<br>RIZZO MATTINGLY BOSWORTH, PC<br>411 SW 2nd Avenue, Suite 200<br>Portland, Oregon 97204 |

DECLARATION OF WILLIAM RUTZICK IN SUPPORT OF PLAINTIFFS' MOTION TO REMAND – 5

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305

| Counsel for **Lockheed Shipbuilding Co**<br>Robert Andre.<br>OGDEN MURPHY WALLACE, PLLC<br>1601 Fifth Avenue, Suite 2100<br>Seattle, Washington 98101 | Counsel for **E & E Lumber, Inc**. a Washington Corp.<br>Jan Brucker<br>Jackson Jenkins & Renstrom, LLP<br>701 Fifth Ave., 42nd Floor,<br>Seattle, WA 98104 |
|---|---|

I further certify that I served the foregoing on attorney of record for E & E Lumber, Inc. a Washington Corporation by having said copies sent via legal messenger, electronic mail, U.S. Mail and/or Federal Express to the office addresses below to the office address below:

Counsel for E & E Lumber, Inc. a
Washington Corporation
Ronald G. Housh, P.S.
Seattle Office:
800 Fifth Avenue, Suite 4000
Seattle, WA 98104-3180

SCHROETER, GOLDMARK & BENDER

/s/*William Rutzick*
William Rutzick
Counsel for Plaintiff
810 Third Avenue, Suite 500
Seattle, Washington 98104
(206) 622-8000
(206) 682-2305
E-mail: rutzick@sgb-law.com

DECLARATION OF WILLIAM RUTZICK IN SUPPORT OF PLAINTIFFS' MOTION TO REMAND – 6

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA 98104
Phone (206) 622-8000 ● Fax (206) 682-2305