HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LOLA and MICHAEL BOUCHARD, wife and husband,<br><br>                    Plaintiffs,<br><br>    v.<br><br>CBS CORPORATION, et al.<br><br>                    Defendants. | NO. 2:11- cv-00458 RAJ<br><br>DECLARATION OF PETER D. BALCH IN OPPOSITION TO PLAINTIFFS' MOTION TO REMAND |

APR798656.DOC;1\12060.000020\
DECLARATION OF PETER D. BALCH
IN OPPOSITION TO PLAINTIFFS' MOTION TO REMAND

OGDEN MURPHY WALLACE, P.L.L.C.
1601 Fifth Avenue, Suite 2100
Seattle, Washington 98101-1686
Tel: 206.447.7000/Fax: 206.447.0215

## DECLARATION OF PETER D. BALCH

1. I am over the age of eighteen (18) and am competent to testify to the matters herein based on my personal knowledge. To the extent I do not have personal knowledge of these matters, my statements are grounded in information and belief based on my review of documents and understanding of government practices and the practices of Lockheed Shipbuilding Company.

2. I am currently the General Counsel of Lockheed Martin Mission Systems & Sensors in Moorestown, New Jersey. From October 1985 until about September 1988, I was counsel at Lockheed Shipbuilding Company in Seattle, Washington. As one of my responsibilities for Lockheed Shipbuilding Company, I reviewed various government contracts and Military specifications.

3. During the 1970s, Lockheed Shipbuilding Company (including its predecessor companies) constructed and repaired various vessels for both the U.S. Government and other non-federal entities. Lockheed Shipbuilding Company also entered into procurement contracts with the U.S. Government for the construction of various military vessels, including three naval submarine tenders known as AS 39, AS 40, and AS 41 (which later became known as USS EMORY LAND, USS FRANK CABLE, and USS McKee, respectively). All government procurement contracts for naval vessels, including the three vessels identified above, mandated that Lockheed Shipbuilding Company construct the vessels in strict compliance with specifications issued by the United States Navy and incorporated by reference into the contracts. All naval vessel procurement contracts, and all specifications for the construction of naval vessels, are both fully inclusive and fully exclusive. This means that, unless the United States Government approves otherwise, Lockheed Shipbuilding Company always was required to do everything called for in the contract and specifications and always was prohibited from modifying the design or materials called for in the contract and specifications. Further, these government procurement contracts mandated that delivery to, and acceptance by, the United States Government of naval vessels be contingent upon the Government's satisfaction that the

APR798656.DOC;1\12060.000020\
DECLARATION OF PETER D. BALCH
IN OPPOSITION TO PLAINTIFFS' MOTION TO REMAND - 1

OGDEN MURPHY WALLACE, P.L.L.C.
1601 Fifth Avenue, Suite 2100
Seattle, Washington 98101-1686
Tel: 206.447.7000/Fax: 206.447.0215

1 | vessels were in fact constructed in strict compliance with all specifications and contract terms.

2 |     4.    Attached hereto as *Exhibit A* is a true and correct copy of contract number N00024-75-C-2025, dated November 20, 1974, for the construction of AS 39 and AS 40. This contract mandated that Lockheed Shipbuilding Company (under its prior name, Lockheed Shipbuilding and Construction Company) construct the AS 39 and AS 40 (i.e., USS EMORY LAND and USS FRANK CABLE, respectively) in strict compliance with multiple Navy-issued specifications referenced in Section F of the contract, and made delivery and acceptance of the AS 39 and AS 40 contingent upon full compliance with all such specifications (see sections H, I, and L of the Contract). Further, this contract, like many government procurement contracts, also mandated Lockheed Shipbuilding Company to install Government Furnished Material ("GFM") into the AS 39 and AS 40. GFM is material that the Government selects, procures, and furnishes to the build contractor (here, Lockheed Shipbuilding and Construction Company) for installation into the military vessel. Attached hereto as *Exhibit B* is a true and correct copy of Schedule "A" entitled, List of Government Furnished Material For Submarine Tenders AS 39/40 and dated February 23, 1973. Schedule A and its accompanying appendices demonstrate that the Government selected, procured, and furnished hundreds of items to Lockheed Shipbuilding Company for installation into the AS 39 and AS 40.

    5.    Attached hereto as *Exhibit C* is copy of contract number N00024-77-C-2067, dated April 29, 1977, for the construction of AS 41. This contract mandated that Lockheed Shipbuilding Company (under its prior name, Lockheed Shipbuilding and Construction Company) construct the AS 41 (i.e., USS McKee) in strict compliance with multiple Navy-issued specifications referenced in Section F of the contract. This contract also made delivery and acceptance of the AS 41 contingent upon full compliance with all such specifications (see sections H, I, and L of the Contract).

    6.    Lockheed Shipbuilding Company constructed the AS 39, AS 40, and AS 41 in strict compliance with the Navy-issued specifications, and all other requirements and

APR798656.DOC.1\12060.000020\
DECLARATION OF PETER D. BALCH
IN OPPOSITION TO PLAINTIFFS' MOTION TO REMAND - 2

OGDEN MURPHY WALLACE, P.L.L.C.
1601 Fifth Avenue, Suite 2100
Seattle, Washington 98101-1686
Tel: 206.447.7000/Fax: 206.447.0215

specifications identified in the contracts, including subsequent specification modifications.

7. Attached hereto as *Exhibit D* is a true and correct copy of a written communication sent from the Department of the Navy, Supervisor of Shipbuilding, Conversion and Repair, 13th Naval District, to Lockheed Shipbuilding Company. This document reflects the procedure for correcting items noted following Acceptance Trials to ensure that naval vessels fully complied with all contract terms and specifications before the United States Navy accepted delivery from Lockheed Shipbuilding Company. Attached hereto as *Exhibit E* is a true and correct copy of an interdepartmental communication dated March 17, 1969. This document provides a report on the Final Acceptance Trials for a vessel built by Lockheed Shipbuilding Company for the United States Navy, which reflects the steps taken to assure compliance with the Government's requirements and specifications.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 10th day of April, 2011, at Moorestown, New Jersey.

_____
Peter D. Balch

APR798656.DOC;1\12060.000020\
DECLARATION OF PETER D. BALCH
IN OPPOSITION TO PLAINTIFFS' MOTION TO REMAND - 3

OGDEN MURPHY WALLACE, P.L.L.C.
1601 Fifth Avenue, Suite 2100
Seattle, Washington 98101-1686
Tel: 206.447.7000/Fax: 206.447.0215